

# Fourth Court of Appeals
## San Antonio, Texas

October 16, 2014

No. 04-14-00691-CV

**IN THE INTEREST OF J.D.J.JR. AND D.J.,**

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-01185
Honorable Michael E. Mery, Judge Presiding

## O R D E R

The court reporter's request for an extension of time to file the reporter's record is GRANTED. The reporter's record is due on October 24, 2014.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of October, 2014.

_____
Keith E. Hottle
Clerk of Court